## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-30159 |
| | ) | |
| Hensley, James W. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Deborah L. Thorne |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on October 27, 2017, I caused a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{10947-001 CER A0474330.DOC}

# Mailing Information for Case 16-30159

## Electronic Mail Notice List

- Patrick S Layng        USTPRegion11.ES.ECF@usdoj.gov
- Joseph Wrobel          josephwrobel@chicagobankruptcy.com
- William K. Kane        wkane@sheppardmullin.com

## Manual Notice List (Via U.S. Mail):

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

K&L Gates LLP
NACM Business Credit Services
910 SW Spokane St., Bldg. A
Seattle, WA  98134