**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HENSLEY, JAMES W.            §    Case No. 16-30159
                                    §
                                    §
                                    §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $9,200.00 | Assets Exempt: | $6,800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $38,696.61 | Claims Discharged Without Payment: | $3,273,143.21 |
| Total Expenses of Administration: | $22,093.39 | | |

       3) Total gross receipts of $60,790.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $60,790.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $282,458.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $22,093.39 | $22,093.39 | $22,093.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,087,746.00 | $3,311,839.82 | $3,311,839.82 | $38,696.61 |
| **TOTAL DISBURSEMENTS** | $3,370,204.00 | $3,333,933.21 | $3,333,933.21 | $60,790.00 |

4) This case was originally filed under chapter 7 on 09/21/2016. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   03/09/2018          By: /s/ Richard M. Fogel
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property | 1110-000 | $58,000.00 |
| Tax Refund | 1224-000 | $2,790.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,790.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | 2626 Lakeview Condomiumium | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Nationstar Mortgage | 4110-000 | $282,458.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$282,458.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $6,289.50 | $6,289.50 | $6,289.50 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $12.82 | $12.82 | $12.82 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 3110-000 | NA | $5,557.50 | $5,557.50 | $5,557.50 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 3120-000 | NA | $4,477.26 | $4,477.26 | $4,477.26 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $18.26 | $18.26 | $18.26 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $697.55 | $697.55 | $697.55 |
| Income Taxes - Internal Revenue Service (post-petition) - DEPARTMENT OF TREASURY | 2810-000 | NA | $1,658.00 | $1,658.00 | $1,658.00 |
| Other State or Local Taxes (post-petition) - ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $2,133.00 | $2,133.00 | $2,133.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $1,249.50 | $1,249.50 | $1,249.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$22,093.39** | **$22,093.39** | **$22,093.39** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bankc/o Becket and Lee LLP | 7100-000 | NA | $142,160.94 | $142,160.94 | $1,676.75 |
| 2 | Core Capital Partners II LP | 7100-000 | $3,067,358.00 | $3,138,670.83 | $3,138,670.83 | $37,019.86 |
| 3 | K & L Gates LLPNACM Business Credit Services | 7200-000 | $20,388.00 | $31,008.05 | $31,008.05 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,087,746.00** | **$3,311,839.82** | **$3,311,839.82** | **$38,696.61** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-30159 | | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|---|
| Case Name: | HENSLEY, JAMES W. | | Date Filed (f) or Converted (c): | 09/21/2016 (f) |
| | | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 03/09/2018 | | Claims Bar Date: | 01/19/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>2626 N. Lakeview #3003, Chicago, IL 60614-0000. Entire property value: $570,000. Trustee was authorized to sell debtor's 1/2 interest in property to co-owner for $58,000 per o/c 12-28-16. | 570,000.00 | Unknown | | 58,000.00 | FA |
| 2 | Automobiles<br>1988 Jaguar XJS with 70,000 miles, Vehicle is located in a garage in the principality of Monaco.  Per o/c 5-11-17, debtor paid estate $2,790 for equity in Jaquar and unscheduled income tax refunds, less debtor's administrative claim for post-petition condo assessments. | 5,900.00 | 2,400.00 | | 0.00 | FA |
| 3 | Wearing Apparel<br>Used clothing- Exempt | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Personal Property<br>Various personal possessions; no furniture- Exempt | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Cash<br>Cash- Exempt | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Checking/Savings: US Bank #2934<br>Checking/Savings: US Bank #2934- Exempt | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Tax Refund  (u)<br>See note to Asset #2 | 0.00 | Unknown | | 2,790.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$579,200.00** | **$2,400.00** | | **$60,790.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- TFR filed 10/27/17

3/31/17-  Trustee is investigating an allegation that the debtor failed to disclose a valuable asset and has obtained extensions of time to object to the debtor's discharge.

**Current Projected Date Of Final Report (TFR):** 10/27/2017 (Actual)    **Initial Projected Date Of Final Report (TFR):** 12/29/2017

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-30159 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HENSLEY, JAMES W. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0186 | Account #: | ******6900 Checking |
| For Period Ending: | 03/09/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/23/17 | {1} | Shaw Fishman Glantz & Towbin LLC Client Trust Fund IOLTA | Earnest money deposit | 1110-000 | 5,000.00 | | 5,000.00 |
| 01/23/17 | {1} | Minchella & Associates Client Trust fbo Michele Hensley | Proceeds of sale per o/c 12-28-16 | 1110-000 | 53,000.00 | | 58,000.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.46 | 57,980.54 |
| 02/06/17 | 101 | International Sureties, Ltd. | Bond Number 016073584 | 2300-000 | | 18.26 | 57,962.28 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.82 | 57,884.46 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.03 | 57,798.43 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.59 | 57,720.84 |
| 05/01/17 | {7} | James W Hensley | Non-exempt personal property, after deduction for debtor's administrative claim, per o/c 5-11-17 | 1224-000 | 2,790.00 | | 60,510.84 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 95.20 | 60,415.64 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.89 | 60,328.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.87 | 60,244.88 |
| 08/07/17 | 102 | United States Treasury | 30-6551086 2016 Form 1041 | 2810-000 | | 1,658.00 | 58,586.88 |
| 08/07/17 | 103 | Illinois Department of Revenue | 30-6551086 2016 IL-1041-V | 2820-000 | | 2,133.00 | 56,453.88 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 92.33 | 56,361.55 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.36 | 56,283.19 |
| 11/21/17 | 104 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $6,289.50; Claim # FEE; Filed: $6,289.50 | 2100-000 | | 6,289.50 | 49,993.69 |
| 11/21/17 | 105 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $5,557.50; Claim # SFFee; Filed: $5,557.50 | 3110-000 | | 5,557.50 | 44,436.19 |
| 11/21/17 | 106 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $4,477.26; Claim # SFGEx; Filed: $4,477.26 | 3120-000 | | 4,477.26 | 39,958.93 |
| 11/21/17 | 107 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $12.82; Claim # TE; Filed: $12.82 | 2200-000 | | 12.82 | 39,946.11 |
| 11/21/17 | 108 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $1,249.50; Claim # ; Filed: $1,249.50 | 3410-000 | | 1,249.50 | 38,696.61 |
| 11/21/17 | 109 | American Express Centurion Bankc/o Becket and Lee LLP | Distribution payment - Dividend paid at 1.18% of $142,160.94; | 7100-000 | | 1,676.75 | 37,019.86 |

Page Subtotals: $60,790.00 $23,770.14

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| Case No.: | 16-30159 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HENSLEY, JAMES W. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0186 | Account #: | ******6900 Checking |
| For Period Ending: | 03/09/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | Claim # 1; Filed: $142,160.94 |  |  |  |  |
| 11/21/17 | 110 | Core Capital Partners II LP | Distribution payment - Dividend paid at 1.18% of $3,138,670.83; Claim # 2; Filed: $3,138,670.83 Stopped on 02/06/2018 | 7100-000 |  | 37,019.86 | 0.00 |
| 02/06/18 | 110 | Core Capital Partners II LP | Distribution payment - Dividend paid at 1.18% of $3,138,670.83; Claim # 2; Filed: $3,138,670.83 Stopped: check issued on 11/21/2017 | 7100-000 |  | -37,019.86 | 37,019.86 |
| 02/07/18 | 111 | Sheppard Mullin Richter & Hampton LLP | Distribution payment - Dividend paid at 1.18% of $3,138,670.83; Claim # 2; Filed: $3,138,670.83 | 7100-000 |  | 37,019.86 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 60,790.00 | 60,790.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 60,790.00 | 60,790.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $60,790.00 | $60,790.00 |  |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-30159 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | HENSLEY, JAMES W. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***0186 | **Account #:** | ******6900 Checking | |
| **For Period Ending:** | 03/09/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6900 Checking | $60,790.00 | $60,790.00 | $0.00 |
| | **$60,790.00** | **$60,790.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)